tion by Sarah J. Herbert, as administratrix, etc., against Charles Fix and another.

PER CURIAM. Judgment and order affirmed, with costs.

SPRING, J., not sitting.

HICKOK, Respondent, v. AUBURN LIGHT, HEAT & POWER CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. December 8, 1909.) Action by Caroline A. Hickok, as administratrix, etc., against the Auburn Light, Heat & Power Company.

PER CURIAM. Judgment and order affirmed, with costs.

McLELLAN, P. J., dissents, upon the ground that the evidence fails to show that the defendant owed to plaintiff's testator any active duty to guard against accidents which might occur to an inexperienced person at the place in question.

HIMMELREICHER, Appellant, v. HUEBENER, Respondent. (Supreme Court, Appellate Division, Second Department. January 21, 1910.) Action by Nicholas Himmelreicher against Martha Huebener. No opinion. Judgment of the Municipal Court affirmed, with costs. See, also, 133 App. Div. 930, 118 N. Y. Supp. 1113.

HINCHLIFFE, Respondent, v. BUFFALO CONCRETE MIXER CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 12, 1910.) Action by Alfred W. Hinchliffe against the Buffalo Concrete Mixer Company.

PER CURIAM. Judgment and order affirmed, with costs. New trial to be had in the City Court of the City of Buffalo on Tuesday, January 25, 1910, at 10 o'clock in the forenoon.

SPRING and WILLIAMS, JJ., dissent.

In re HINCHMAN. (Supreme Court, Appellate Division, Second Department. January 21, 1910.) In the matter of the judicial settlement of the account of Percy Hinchman, as administrator, etc., of George W. Hinchman, deceased. No opinion. Motion to dismiss appeal granted, with $10 costs, unless within 30 days the appellants perfect their appeal and place the same upon the calendar, in which event the motion is denied, without costs.

HOAGLAND, Respondent, v. BROWN, Appellant. (Supreme Court, Appellate Division, First Department. December 24, 1909.) Action by Grace W. Hoagland against Minnie T. Brown. C. D. Rogers, for appellant. G. S. Scofield, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

In re HOAGLUND. (Supreme Court, Appellate Division, First Department. June 15, 1909.) In the matter of Hudson Hoaglund, deceased.

PER CURIAM. Decree affirmed, with costs to both parties to this appeal, payable out of the trust fund. See 115 N. Y. Supp. 1124.

HOFFMAN, Respondent, v. HOFFMAN, Appellant. (Supreme Court, Appellate Division, First Department. December 10, 1909.) Action by Lillian M. Hoffman against Carl E. Hoffman. W. F. McCormack, for appellant. M. Meyer, for respondent. No opinion. Order modified, by reducing alimony to $10 per week, and counsel fee to $50. As so modified, order affirmed, without costs. Settle order on notice.

In re HOLLINS. (Supreme Court, Appellate Division, First Department. December 17, 1909.) In the matter of Celine S. Hollins.

PER CURIAM. Order affirmed, with $10 costs and disbursements. Order filed.

CLARKE, J., dissents.

HOLLINS, Appellant, v. BOURNE, Respondent. (Supreme Court, Appellate Division, First Department. December 30, 1909.) Action by De Ruyter M. Hollins against Arthur K. Bourne. J. B. Hand, for appellant. P. S. Russell, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

HOOPER, Respondent, v. STACHELBERG et al., Appellants. (Supreme Court, Appellate Division, First Department. January 28, 1910.) Action by John Hooper against Linda S. Stachelberg and others. F. Bien, for appellants. W. L. Bowman, for respondent. No opinion. Order affirmed, with $10 costs and disbursements; the date of the examination to be fixed on the settlement of the order. Settle order on notice.

In re HOTZ et al. (Supreme Court, Appellate Division, First Department. December 10, 1909.) In the matter of William J. Hotz and another. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

HOWARD, Respondent, v. CITY CLUB OF NEW YORK, Appellant. (Supreme Court, Appellate Division, First Department. December 24, 1909.) Action by James W. Howard against the City Club of New York. L. G. McAneny, for appellant. A. W. Palmer, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

HUNTER, Appellant, v. BACON, Respondent. (Supreme Court, Appellate Division, First Department. December 24, 1909.) Action by Wilson R. Hunter against Alexander S. Bacon. L. Sturcke, for appellant. A. S. Bacon, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 127 App. Div. 572, 111 N. Y. Supp. 820.

HUTCHINS, Respondent, v. HUTCHINS, Appellant. (Supreme Court, Appellate Division, First Department. January 28, 1910.) Action by Katherine L. Hutchins against Walter T. Hutchins. J. A. Allen, for appellant. H. T. Kingsbury, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

HYMES, Respondent, v. WHITRIDGE, Appellant. (Supreme Court, Appellate Division,